WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Christopher F. Castillo,      )
                              )
          Plaintiff,          )     No. CV 11-0712-PHX-RCB(JFM)
                              )
     vs.                      )              O R D E R
                              )
Charles L. Ryan, *et al.*     )
                              )
          Defendants.         )
_____)

     Presently before the court is a motion for a settlement
conference by defendants Bravo, Hetrick, McWilliams, Reagan,
and Ryan ("the State defendants") (Doc. 156).  The plaintiff
"does not oppose setting a settlement conference and is
willing to participate in good faith."  Resp. (Doc. 163) at
3:1-2.  The other defendant Darren Webster, who is
represented by separate counsel, did not join in the State
defendants' motion or otherwise respond in any way to that
motion.  And, the time to do so has passed.  Thus, in
accordance with LRCiv 7.2(i), defendant Webster is deemed to
have consented to the granting of the State defendants'

1  motion for a settlement conference.

2      Accordingly, **IT IS HEREBY ORDERED** that a settlement

3  conference shall be held before United States Magistrate Judge

4  James F. Metcalf.

5      DATED this 3rd day of June, 2013.

6

7

8  _____
     Robert C. Broomfield

9       Senior United States District Judge

10

11

12

13

14  Copies to counsel of record

15

16

17

18

19

20

21

22

23

24

25

26

27

28