WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher F. Castillo,<br><br>           Plaintiff<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>           Defendants. | CV-11-0712-PHX-RCB (JFM)<br><br>**O R D E R** |

    On June 3, 2013, the Court referred this matter to Magistrate Judge Metcalf for purposes of conducting a settlement conference. (Order 6/3/13, Doc. 171.)  It has since come to the attention of the Court that Magistrate Judge Buttrick is available to hear the matter in Phoenix, Arizona.

    **IT IS THEREFORE ORDERED** withdrawing the reference of this matter to Magistrate Judge Metcalf as to the settlement conference only.

    **IT IS FURTHER ORDERED** referring this matter to Magistrate Judge John A. Buttrick for purposes of conducting a settlement conference as previously ordered.

    DATED this 28th day of June, 2013.

                                          Robert C. Broomfield<br>
                                          Senior United States District Judge